77,653-04

Abel Acosta
Criminal Court of Appeal                                    Notice
P.O. Box 12308
Austin Texas

RE  I send you Notice on Causes 9435747, 9435748,
    9440102, 9440103

         I put in Notice of such because the said
court Number 12 would not be compelled to send me
any information on which Criminal Court of Appeal
filed Writ of Mandamus on my behalf in said Causes

                              Respectfully Submitted
                              Thomas Poole
TDC # 1519076  Choise Field Trusty Comp
               975 OfsTie
               Bee Texas 78102

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 04 2015

Abel Acosta, Clerk